IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**HEATHER KAY MANLEY**                                         **PLAINTIFF**

NO. 3:19CV295-MPM-JMV

**COMMISSIONER OF SOCIAL SECURITY**                     **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendations ("R&R") of the United States Magistrate Judge dated January 31, 2020, was on that date duly filed; Plaintiff was duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated January 31, 2020, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff is directed to pay the full filing fee for this action within 60 days of this date.

This, the 18th day of February, 2020.

                                                                 **/s/** Michael P. Mills
                                                                  **UNITED STATES DISTRICT JUDGE**
                                                                  **NORTHERN DISTRICT OF MISSISSIPPI**